FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 JUN -1 AM 11: 55

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BETTY D. RUSSELL, ET AL | * | NO. 03-1994 c/w 03-2040 |
| v. | * | SECTION "K" (4) |
| CHOICEPOINT SERVICES INC., ET AL | * | Judge Stanwood R. Duval, Jr. (Magistrate Karen W. Roby) |
| | * | RE: CA. NO. 03-1944 |

* * * * * * * * * * * * * * * * * * * * * * * * **** * *

## JOINT STIPULATION OF DISMISSAL OF PLAINTIFFS' CLAIMS

Pursuant to Fed. R. Civ. P. Rules 41(a)(1) and 58, Plaintiffs Betty D. Russell and Yvonne Morse ("Plaintiffs") and Defendant ChoicePoint Services Inc. hereby stipulate and agree to dismiss all of the remaining claims asserted by Plaintiffs in any and all complaints filed by Plaintiffs in these proceedings, as follows:

1. On or about May 14, 2004 Defendant ChoicePoint Services Inc. moved to dismiss all of Plaintiffs' claims asserted under or pursuant to the Fair Credit Reporting Act, 15 U.S.C. §1681, et seq., and/or Louisiana state law, R. S. 9:3571.1. That motion has not been ruled upon by this Court and the parties have now agreed to the dismissal of those claims. Because those remaining claims will be dismissed by consent and

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No.___

without prejudice pursuant to this stipulation and Rule 41(a)(1), the parties request that a Judgment of Dismissal without prejudice with respect to those claims be entered pursuant to Rule 58.

2. All of Plaintiffs' claims asserted under or pursuant to the Drivers' Privacy Protection Act, 18 U.S.C. §2721, et seq., have previously been dismissed with prejudice by the Court on contradictory motion(s) by orders dated January 22, 2004 and April 27, 2004. Because (i) Plaintiffs' complaints asserted multiple claims in these proceedings, (ii) their Drivers' Privacy Protection Act claims were previously dismissed with prejudice after contradictory motion(s), and (iii) no Judgment of Dismissal with respect thereto was entered pursuant to Rule 54(b), the parties now request that this Court enter a Judgment of Dismissal with prejudice under Rule 58 confirming its previous dismissal orders on those claims dated January 22, 2004 and April 27, 2004.

Plaintiffs do not intend to refile any of these claims. This stipulation of dismissal, and the judgments entered as a result thereof, will resolve all the claims and the rights and liabilities of all parties and terminate fully, finally and completely the litigation docketed as Case No. 03-1944, with each party to bear her or its own costs.

The parties attach to this stipulation a form of Judgment to which they have agreed and respectfully request that it be entered in this action.

Respectfully submitted,

MONTGOMERY, BARNETT, BROWN,
READ, HAMMOND & MINTZ, L.L.P.

By: _____

_____
Dawn Adams Wheelahan (#19263)
650 Poydras St.
Suite 1550
New Orleans, LA 70130
Telephone: (504) 522-0495
Facsimile: (504) 569-2999

Daniel Lund (#12782)
Nathan T. Gisclair, Jr. (#6269)
3200 Energy Centre
1100 Poydras Street
New Orleans, LA   70163-3200
Telephone:     (504) 585-3200
Facsimile:      (504) 585-7688

and

and

Harold M. Wheelahan III (#12381)
STEPHEN R. RUE & ASSOCIATES
3309 Williams Blvd.
Kenner, LA 70065
Telephone: (504) 443-2400
Facsimile: (504) 443-5533

Laurie S. Fulton
WILLIAMS & CONNOLLY, L.L.P.
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

Attorneys for Plaintiffs
Betty D. Russell and Yvonne Morse

Attorneys for ChoicePoint Services Inc.