

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BETTY D. RUSSELL | * | CIV. A. NO. 03-1994 |
| V. | * | SECTION: "K" |
| CHOICEPOINT SERVICES, INC. | * | MAGISTRATE 4 |

### JUDGMENT OF DISMISSAL OF ALL CLAIMS

Plaintiffs have asserted in these proceedings multiple claims under the Drivers' Privacy Protection Act (18 U.S.C. Sec. 2721 et seq.), the Fair Credit Reporting Act (15 U.S.C. Sec. 1681 et seq.), and Louisiana state law (La. R.S. 9:3571.1). Defendant ChoicePoint Services Inc. sought by contradictory motions to dismiss Plaintiffs' Drivers' Privacy Protection Act claims and those claims were dismissed with prejudice by orders entered herein on January 22, 2004 and April 27, 2004. No Judgment of Dismissal has previously been entered with respect to those claims. The parties have now stipulated to the dismissal of the remaining claims in these proceedings without prejudice pursuant to Rule 41(a)(1). The Court now enters judgment as follows in conformity with its prior orders and the stipulation of the parties:

DATE OF ENTRY

JUN 0 7 2004

___ Fee____
___ Process____
_X_ Dktd____
_✓_ CtRmDep____
___ Doc. No.____

IT IS HEREBY ORDERED that all of the Drivers Privacy Protection Act claims asserted herein by Plaintiffs Betty D. Russell and Yvonne Morse against Defendant ChoicePoint Services Inc. be and the same are dismissed with prejudice, with each party hereto to bear her or its own costs.

IT IS HEREBY FURTHER ORDERED that all of the remaining claims asserted herein by Plaintiffs Betty D. Russell and Yvonne Morse against Defendant ChoicePoint Services Inc. (namely the Fair Credit Reporting Act and Louisiana state law claims) be and the same are dismissed without prejudice, with each party to bear her or its own costs.

New Orleans, La. this  2nd  day of  JUNE , 2004.

_____<br>U. S. DISTRICT JUDGE

H:\NTG\Choicepoint\PLEADINGS\Judgment 1.wpd